UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN ODACH<br><br>                      Plaintiff,<br><br>     -against-<br><br>AERPIO PHARMACEUTICALS, INC.,<br>JOSEPH GARDNER, STEVEN PRELACK,<br>CALEY CASTELEIN, CHERYL COHEN,<br>ANUPAM DALAL, and PRAVIN DUGEL<br><br>                      Defendants. | Case No.: 1:21-cv-05802-JPC |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses her claims in the above-captioned action against Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: September 9, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorneys for Plaintiff*