

| | | |
|---|---|---|
| | Caroline H. Bullerjahn<br>+1 617 570 1359<br>CBullerjahn@goodwinlaw.com | Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA  02210<br><br>goodwinlaw.com<br>+1 617 570 1000 |

September 9, 2021

**VIA ECF**

Honorable John P. Cronan
United States District Court Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re:     *Odach v. Aerpio Pharmaceuticals, Inc. et al.*, **No. 1:21-cv-05802-JPC (S.D.N.Y.) - Request for Extension of Answer Deadline**

Dear Judge Cronan:

We represent all Defendants in the above-referenced private securities lawsuit. With consent of Plaintiff, Defendants respectfully request a 30-day extension of their deadline to answer or otherwise respond to the Complaint, from September 13, 2021 to October 13, 2021. Plaintiff is evaluating whether this case will proceed following the August 26, 2021 closing of the Aerpio Pharmaceuticals/Aadi Bioscience merger at issue in the Complaint. If Plaintiff determines to continue pursuing the case, Defendants intend to file a pre-motion letter seeking leave to file a motion to dismiss the complaint in full. In light of the status of this case, Defendants request that the answer deadline be extended.

All parties consent to this request for extension. This is the first request for extension from any party in this matter.

Wherefore, Defendants request that the Court extend Defendants' deadline to answer or otherwise respond to the Complaint by 30 days.

Respectfully Submitted,

*/s/ Caroline H. Bullerjahn*
Caroline H. Bullerjahn
*Counsel for Defendants*

cc:     Counsel of record (by ECF)

This request is granted. Defendant shall answer, or otherwise respond to, the Complaint by October 13, 2021.

SO ORDERED.
Date: September 14, 2021
New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge

ACTIVE/111971486.1